EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Juan G. Colón Rivera | 2011 TSPR 11<br><br>180 DPR ____ |

Número del Caso: TS-13693

Fecha: 28 de enero de 2011

Abogado del Peticionario:

        Por Derecho Propio

Materia: Reinstalación al Ejercicio de la Abogacía y la Notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Juan G. Colón Rivera                        Reinstalación

TS-13693

*RESOLUCIÓN*

En San Juan, Puerto Rico, a 28 de enero de 2011.

Examinada la "Moción Informando Gestiones y En Solicitud de Reinstalación", se provee ha lugar y se reinstala al peticionario al ejercicio de la profesión de la abogacía y la notaría. Se concede un plazo de treinta (30) días a la Procuradora General y al Colegio de Abogados de Puerto Rico para que presenten un informe del estado actual de todas las Quejas y Querellas pendientes contra el peticionario.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez disiente de este curso de acción.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo